1   HAROLD J. MCELHINNY (CA SBN 66781)
    HMcElhinny@mofo.com
2   MICHAEL A. JACOBS (CA SBN 111664)
    MJacobs@mofo.com
3   JENNIFER LEE TAYLOR (CA SBN 161368)
    JTaylor@mofo.com
4   JASON R. BARTLETT (CA SBN 214530)
    JasonBartlett@mofo.com
5   MORRISON & FOERSTER LLP
    425 Market Street
6   San Francisco, California  94105-2482
    Telephone: 415.268.7000
7   Facsimile: 415.268.7522

8   Attorneys for Plaintiff
    APPLE INC.
9

10                  UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12   APPLE INC., a California corporation,        Case No.  C11-1846 LB

13              Plaintiff,                        **JURY TRIAL DEMAND**

14         v.                                     **DECLINATION TO PROCEED
                                                  BEFORE A MAGISTRATE JUDGE
15   SAMSUNG ELECTRONICS CO., LTD., a             AND REQUEST FOR
     Korean corporation; SAMSUNG                  REASSIGNMENT TO A UNITED
16   ELECTRONICS AMERICA, INC., a New             STATES DISTRICT JUDGE**
     York corporation; SAMSUNG
17   TELECOMMUNICATIONS AMERICA,
     LLC, a Delaware limited liability company.
18
                Defendants.
19

20

21

22

23

24

25

26

27

28

DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
CASE NO.  C11-1846LB
sf-2983354

1        REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

2        The undersigned party respectfully declines to consent to the assignment of this case to a

3 United States Magistrate Judge for trial and disposition and respectfully requests the reassignment

4 of this case to a United States District Judge.

5

6

7 Dated: April 19, 2011              HAROLD J. MCELHINNY
                                    MICHAEL A. JACOBS
                                    JENNIFER LEE TAYLOR

8                                     JASON R. BARTLETT
                                    MORRISON & FOERSTER LLP

9

10

11                             By:    */s/ Jason Bartlett*
                                      JASON R. BARTLETT

12                                     Attorneys for Plaintiff
                                    APPLE INC.

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28